IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                  **CASE NO. 4:21-CR-00270-002  LPR**

**DEREK ALEXANDER HAYMAN**                                     **DEFENDANT**

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (Doc. 208) as to the above-named defendant should be amended to reflect the following correction:

1) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on **March 14, 2024**.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 20th day of December 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE